PROB 12B
(7/93)

Report Date: December 11, 2006

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 11 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Patrick David Vaughn                Case Number: 2:03CR00259-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 06/14/2004                 Type of Supervision: Supervised Release

Original Offense: Felon in Possession of Firearms     Date Supervision Commenced: 12/15/2006
and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence: Prison - 41 Months; TSR - 36       Date Supervision Expires: 12/14/2009
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall reside in a community corrections center for a period up to 180 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

The offender presently does not have a stable release plan. Release from the Federal Correctional Institution (FCI) in Lompoc, California, to the residential reentry center (RRC) located in Seattle, Washington, will afford Mr. Vaughn support and time to secure employment and save money to reside independently in the Western District of Washington where he has family support. The Western District of Washington has agreed to take courtesy supervision of this case since the offender signed the attached modification.

Please note that the hearing scheduled on January 5, 2007, at 11 a.m. can now be stricken in this matter. Initially, the offender refused to sign a modification for U.S. probation officer (USPO) Anne Sauther to release from FCI Lompoc to the RRC in Spokane, Washington. USPO Sauther had filed a Prob 12D, Request for Summons and Modification of the Conditions or Term of Supervision, with the Court on December 8, 2006. This matter is now a mute point.

Respectfully submitted,

by *Jayla S Hut for*

Brenda J. Kuest
U.S. Probation Officer
Date: December 11, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JFVS [X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

December 11, 2006
Date